1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-301-RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| MICHAEL ANTHONY BELL, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 11, 2011. The United States was represented by Assistant United States Attorney G. Andrew Colasurdo, and the defendant by Terrence Kellog.

The defendant had been charged and convicted of Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). On or about November 27, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 45 months and 7 days in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse programs.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated July 21, 2011, U.S. Probation Officer Todd D. Skipworth asserted the following violation by defendant of the conditions of his supervised release:

1.  Failing to notify the probation officer of a change in residence, on or about June 8, 2011, in violation of standard condition #6.

2.  Failing to notify the probation officer of a change in employment on or about May 6, 2011, in violation of standard condition #6.

3.  Failing to truthfully answer inquiries of the probation officer on or about June 10, 2011, in violation of standard condition #3.

4.  Failing to submit to urinalysis testing on June 17, 21, 23, 24 and July 5, 2011, in violation of a special condition of supervised release.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2, 3, and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on October 25, 2011 at 10 a.m.

Pending disposition, the defendant has been detained.

DATED this 11th day of October, 2011.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

cc:     District Judge:             Honorable Robert S. Lasnik
        AUSA:                       Andrew Colasurdo
        Defendant's attorney:       Terrence Kellog
        Probation officer:          Todd D. Skipworth

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2