UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-301-RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MICHAEL ANTHONY BELL, | |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 19, 2011. The United States was represented by AUSA C. Andrew Colasurdo and the defendant by Terrence Kellogg. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 27, 2007 by the Honorable Robert S. Lasnik on a charge of Possession of Cocaine with Intent to Distribute, and sentenced to 45 months and seven days custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, and provide his probation officer with access to financial information on

request. (Dkt. 113.)

The conditions of supervised release were modified on March 3, 2011 to require defendant to reside in and satisfactorily participate in a residential reentry center program for up to 120 days. (Dkt. 116.)

On October 11, 2011, defendant admitted violating the conditions of supervised release by failing to notify his probation officer of a change in residence, failing to notify his probation officer of a change in employment, failing to truthfully answer the inquiries of his probation officer, and failing to submit to urinalysis testing. (Dkt. 123.) Defendant was sentenced to 90 days in custody, thirty three months supervised release. Residence in a RRC was also imposed for up to 120 days. (Dkt. 129 at 5.)

In an application dated (Dkt. 132, 133), U.S. Probation Officer Todd D. Skipworth alleged the following violations of the conditions of supervised release:

1. Failing to reside at a residential reentry center on or about February 29, 2012 in violation of a special condition of supervision.

2. Consuming alcohol on or about February 18, 2012 in violation of a special condition of supervision.

Defendant was advised in full as to those charges and as to his constitutional rights. Defendant admitted violations 1 and 2 and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

01     Pending a final determination by the Court, defendant has been detained.

02     DATED this 19th day of April, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
    AUSA: C. Andrew Colasurdo
    Defendant's attorney: Terrence Kellogg
    Probation officer: Todd Skipworth

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE

PAGE -3